IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
WESTERN DIVISION

| | | |
|---|---|---|
| LAWRENCE ALAN DUNN, | ) | |
|     Plaintiff, | ) | |
| | ) | |
| v. | ) | No. 24-00059-CV-W-DPR-SSA |
| | ) | |
| MARTIN J. O'MALLEY, | ) | |
| Commissioner of Social Security, | ) | |
|     Defendant. | ) | |

## ORDER

Before the Court is Plaintiff's Application for Attorney Fees. (Doc. 14.) Pursuant to the EAJA, Plaintiff requests an award of attorney fees in the amount of $6,632.33 and costs of court in the amount of $405.00. Per Defendant's Response, the parties have agreed to an award of fees and expenses in the amount of $5,632.33. (Doc. 16.) Upon review, the Court finds that Plaintiff is entitled to an award of attorney fees under the EAJA, and the agreed amount is reasonable. Also, per Plaintiff's Affidavit, the award may be made payable to Roger M. Driskill. (Doc. 14-2.)

It is therefore **ORDERED** that

1. The Application for Attorney Fees is **GRANTED** per the parties' agreement;

2. An award of attorney fees in the amount of $5,632.33 shall be paid by the Social Security Administration, subject to offset to satisfy any pre-existing debt Plaintiff may owe to the United States; and

3. Reimbursement in the amount of $405.00 for the filing fee of this action shall be paid from the Judgment Fund administered by the United States Treasury.

**IT IS SO ORDERED.**

                                                /s/ *David P. Rush*
                                              DAVID P. RUSH
                                              UNITED STATES MAGISTRATE JUDGE

DATE: October 16, 2024